

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-16-00085-CV |
| | § | |
| KENNETH H. ARCHIBALD AND | | ORIGINAL PROCEEDING |
| ARCHIBALD & ASSOCIATES, INC., | § | |
| | | ON PETITION FOR WRIT OF |
| Relators. | § | |
| | | MANDAMUS |

## MEMORANDUM OPINION

Relators, Kenneth H. Archibald and Archibald & Associates, Inc., have filed a mandamus petition asking that we order the Honorable Linda Y. Chew, Judge of the 327th District Court of El Paso County, Texas, to grant their motion to disqualify counsel for the Real Parties in Interest, Brett Henderson, M.D., and El Paso Orthopedic Surgery Group. We deny mandamus relief.

To be entitled to mandamus relief, a relator generally must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 135-36. An order granting or denying a motion to disqualify counsel is reviewable by mandamus because a party generally lacks an adequate appellate remedy if counsel is disqualified. *See In re Nitla S.A. de C.V.*, 92 S.W.3d 419, 422 (Tex. 2002). We conclude that Relators have failed to show that the trial judge clearly abused her discretion by denying the motion to disqualify. The petition for writ of mandamus is denied.

STEVEN L. HUGHES, Justice

May 18, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.